UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00591

**Walter Link,**
*Petitioner,*

v.

**Sheriff, Smith County,**
*Respondent.*

### ORDER

This habeas corpus action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 2. On April 21, 2021, Judge Love issued a report construing a letter sent by petitioner to the court as a notice of voluntary dismissal. Doc. 5. Accordingly, the report recommended that the petition be dismissed without prejudice. *Id*. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The petition is dismissed without prejudice as required by Rule 41(a)(1)(A)(i). Any pending motions are denied as moot. The clerk of court is directed to close this case.

*So ordered by the court on June 8, 2021.*

───────────────────────────────
J. CAMPBELL BARKER
United States District Judge